No. 261. WALLACE *v.* MOTOR PRODUCTS CORP'N ET AL. October 15, 1928. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Messrs. Alfred Lucking* and *Howell Van Auken* for petitioner. *Messrs. Charles B. Warren* and *Sherwin A. Hill* for respondents.

No. 267. ITHACA TRUST Co., EXECUTOR, *v.* UNITED STATES. October 15, 1928. Petition for writ of certiorari to the Court of Claims granted. *Messrs. Simon Lyon, R. H. B. Lyon,* and *A. F. Prescott, Jr.,* for petitioner. *Solicitor General Mitchell* and *Mr. Gardner P. Lloyd* for the United States.

No. 272. W. A. MARSHALL & Co., INC., *v.* STEAMSHIP "PRESIDENT ARTHUR," ETC. October 15, 1928. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. George Wright Hinckley* for petitioner. *Messrs. John M. Woolsey, Samuel D. Stein, Chauncey E. Treadwell, Saul S. Myers,* and *William J. Hughes* for respondent.

No. 290. UNITED STATES *v.* WOOLEN. October 15, 1928. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Solicitor General Mitchell* and *Assistant Attorney General Farnum* for the United States. *Mr. Samuel A. Godsby* for respondent.

No. 299. FLINK *v.* PALADINI ET AL. October 15, 1928. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Messrs. H. W. Hutton* and *R. T. Lynch* for petitioner. *Mr. Ira S. Lillick* for respondents.